IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO GUTIERREZ | : | CRIMINAL ACTION |
| | : | No. 06-582-4 |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |

## ORDER

AND NOW, this 23rd day of February, 2023, upon consideration of Petitioner Pedro Gutierrez's Motion to Vacate, Set Aside, Or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 635), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Petition is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.